**Joshua Barrett SHAPIRO, Plaintiff—Appellant,**

v.

**JUDGES OF THE VIRGINIA BEACH DISTRICT COURT; Calvin R. Depew, Jr., Presiding Judge; Robert Winters, Substitute Judge, in his official capac-**ity; **Gene A. Woolard, Chief Judge, in his official capacity; W. Edward Hudgins, Jr., Presiding Judge, in his official capacity; Pamela E. Hutchens, Presiding Judge, in her official capacity; Clerks of Virginia Beach General District Court Civil Division; Jude Jackson, Assistant to the Judges; Shelby Duell, Supervising Clerk; Helen Atkinson, Assistant Supervisor; Desma Lans, Clerk; Marion Nichols, Clerk; Frederick B. Lowe, Virginia Beach Circuit Court Chief Judge, in his official capacity; Michael Robusto, Substitute Judge, in his official capacity, Defendants—Appellees.**

No. 10–1022.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Joshua Barrett Shapiro, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shapiro v. Judges of the Va. Beach Dist. Court*, No. 2:09–cv–00586–MSD–FBS (E.D.Va. Dec. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*